416

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61464.**—Robinson Import Export Corp. and Victory Shipping Co., Inc., et al. v. United States, protests 283308–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of playpens which are, in fact, commonly and commercially known as furniture, other than chairs, composed wholly or in chief value of wood, the claim of the plaintiffs was sustained.

**No. 61465.**—J. C. Andresen et al. v. United States, protests 135049–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

**No. 61466.**—F. H. Hillel Company v. United States, protest 154841–K (Baltimore).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiff was sustained.

**No. 61467.**—A. S. Leather Co., Inc., et al. v. United States, protests 313922–K, etc. (New York).